

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEIRDE SANDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 09-cv-00974-JW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION** |

Presently before the Court is Defendant's Motion to Dismiss this Social Security appeal for lack of jurisdiction. (Docket Item No. 17.) The record reflects that Plaintiff has not yet appeal the Administrative Law Judge's decision to the Appeals Council prior to filing this action. (Id. at 2.) Failure to exhaust administrative remedies deprives the Court of jurisdiction. See 42 U.S.C. Section 405(g). Accordingly, the Court DISMISSES this action without prejudice so that Plaintiff may first seek the appropriate administrative remedies.

The Clerk shall close this file.

Dated: July 10, 2009

                                    JAMES WARE<br>
                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deirde Sanders
1900 26th Street, #200
Oakland, CA 94601

**Dated:  July 10, 2009**                               **Richard W. Wieking, Clerk**

                                                        **By:     /s/ JW Chambers
                                                                Elizabeth Garcia
                                                                Courtroom Deputy**